# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 13, 2026

Lyle W. Cayce
Clerk

No. 25-10570
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

CHRISTOPHER SHANE SEPEDA,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:24-CR-3-1

Before HIGGINBOTHAM, ENGELHARDT, and RAMIREZ, *Circuit Judges.*

PER CURIAM:[*]

Christopher Shane Sepeda appeals the life sentence imposed following his guilty plea conviction for enticement and attempted enticement of a minor. He argues that the sentence is substantively unreasonable because the district court erred in balancing the 18 U.S.C. § 3553(a)

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-10570

sentencing factors and did not properly consider the mitigating nature of his history of childhood sexual abuse.

Sepeda has not demonstrated that the district court committed error, plain or otherwise. *See Gall v. United States*, 552 U.S. 38, 46-47, 49-51 (2007); *United States v. Zarco-Beiza*, 24 F.4th 477, 481-82 (5th Cir. 2022). Nothing in the record reflects that the district court failed to "account for a factor that should have received significant weight" or that it gave "significant weight to an irrelevant or improper factor," and the sentence does not represent "a clear error of judgment in balancing the sentencing factors." *United States v. Diehl*, 775 F.3d 714, 724 (5th Cir. 2015) (internal quotation marks and citation omitted); *see United States v. Broussard*, 669 F.3d 537, 551 (5th Cir. 2012); *United States v. Brantley*, 537 F.3d 347, 349-50 (5th Cir. 2008).

AFFIRMED.